No. 01–10710. POLK v. DETENTION CENTER OF NATCHITOCHES PARISH ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–10711. GREGORY ET UX. v. UNITED STATES BANKRUPTCY COURT. C. A. 10th Cir. Certiorari denied.

No. 01–10712. HERBERT v. JENNE ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–10713. BROWNING v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–10714. KING v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10715. BONDS v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 01–10716. SCOTT v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 01–10717. ALOMAR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10718. STOKES v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 01–10719. SKINNER v. BUREAU OF PRISONS ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–10720. SOUCH v. SCHIAVO, DEPUTY WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–10721. PEREZ ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–10722. PATAK v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–10723. VIDALES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.